IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 03-cv-428-WYD

STEPHEN L. OLDHAM,

     Plaintiff,

v.

RODIZIO RESTAURANTS INTERNATIONAL, INC., a Delaware corporation, et al.,

     Defendants.
_____

**ORDER OF DISMISSAL WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court on Plaintiff's 2006 Status Report and

Request for Permission to File Status Report after the Due Date [# 7], filed October 20,

2006.  Plaintiff's motion to file status report after the due date is **GRANTED**.

Based on the status report, Plaintiff states that all parties except Defendant

Marco Antonio Pinheiro have filed bankruptcy.  As such, no assets exist to settle any

claims, and Plaintiff requests that this action be dismissed without prejudice.  After a

careful review of the status report and file, the Court concludes that the case should be

dismissed without prejudice.  Accordingly, it is

ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE**, each party to

pay its own costs and attorney's fees.

Dated:  October 25, 2006

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge